1817.

Chambers-
burg.

September.

FRANTZ *against* KASER.

IN ERROR.

ERROR to the Court of Common Pleas of *Cumberland* county.

*Metzgar*, for the defendant in error, moved to quash the writ of error. There was an arbitration in this case, and an award filed 2d *April*, 1817. The writ of error issued on the 11th *April*, 1817; the recognisance of bail on the writ of error was taken on the 22d *April*, 1817, and the writ of error was filed in the office of the prothonotary of the Common Pleas on the 5th *May*, following. He contended, that no writ could be issued within 20 days after the award, and that the bail was also too soon. He cited the opinion of YEATES J. in *Ebersoll* v. *Krug*.(a)

*Watts*, contra.

*A writ of error takes effect from its delivery to the prothonotary of the Common Pleas, not from the time of its issuing. In computing the twenty days within which a writ of error is not permitted on an award of arbitrators, either the day of filing the award, or the day of filing the writ of error, is excluded.*

PER CURIAM. The time when the writ of error issued from the office of the prothonotary of the Supreme Court is immaterial, because it has no effect till delivered to the prothonotary of the Common Pleas; therefore, there is no weight in the first objection. As to the second, the rule is, that you must exclude either the day of the report being filed, or the day of the writ of error being filed, in the Court below. Consequently, the 20 days allowed for the appeal had elapsed on the 22d *April*.

Motion refused.

(a) 3 *Binn.* 528.